## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**FARM BUREAU PROPERTY &**
**CASUALTY INSURANCE COMPANY,**

    **Plaintiff,**

**v.**                                                                      **No. 19-cv-0286 CG/SMV**

**CHRISTOPHER T. MANUEL,**
**SUZANNE SMEAD, HOLLY WILBER,**
**and PIERCE WILBER,**

    **Defendants.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed its Complaint on March 29, 2019. [Doc. 1]. Plaintiff had 90 days from filing the Complaint, or until June 27, 2019, to effect service of process. Fed. R. Civ. P. 4(m) (2015). There is no indication on the record that service of process has been effected with respect to the Defendant Christopher T. Manuel.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why its claims against Defendant Manuel should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiff must file its response no later than **July 31, 2019**.

**IT IS SO ORDERED.**

                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**